Ted Wellman
M. Scott Broadwell
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Kikiktagruk Inupiat Corporation

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DOUG BECKER, )
        Plaintiff, )
   v. )
KIKIKTAGRUK INUPIAT CORPORATION, )
An Alaska Village Corporation, )
        Defendant. )   Case No. 3AN-08-11382 CI

## NOTICE TO THE COURT OF REMOVAL OF ACTION

PLEASE TAKE NOTICE that Defendant Kikiktagruk Inupiat Corporation ("Kikiktagruk"), by and through its attorneys, Davis Wright Tremaine LLP, has removed this action to the United States District Court for the District of Alaska pursuant to 28 U.S.C. §§ 1331, 1441(a), (b), and 1446(a), (b), as set forth in the attached Notice of Removal of a Civil Action filed in the United States District Court on January 22, 2009.


EXHIBIT C
Page 1 of 2

DWT 12337149v2 0086450-000001

1  Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless
2  and until the case is remanded.
3  Dated this 22nd day of January, 2009.

Davis Wright Tremaine LLP
Attorneys for Defendant
Kikiktagruk Inupiat Corporation

By: _____
Ted Wellman
Alaska Bar No. 9111107

By: _____
M. Scott Broadwell,
Alaska Bar No. 0611069

Certificate of Service:

I certify that on January 22, 2009, a true and correct copy of the foregoing document was served on the following via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Email and First Class Mail
(   ) Hand Delivery

Moshe Calberg Zorea
Law Office of Moshee Calberg Zorea
7540 E. 17th Avenue
Anchorage, AK 99504

Isaac Zorea
Box 210434
Anchorage, AK 99521

_____
Shirl New Pagano

Exhibit C
Page 2 of 2

NOTICE OF REMOVAL ACTION
*Becker vs. Kikiktagruk Inupiat Corp.*
Case No. 3AN-08-11382 CI
DWT 12337149v2 0086450-000001

2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399