Ted Wellman
M. Scott Broadwell
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, AK  99501
(907) 257-5300, telephone
(907) 257-5399, facsimile

Attorneys for Defendant Kikiktagruk
    Inupiat Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOUG BECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3:09-CV-00015-TMB |
| KIKIKTAGRUK INUPIAT ) | |
| CORPORATION, An Alaska Village ) | |
| Corporation, ) | **DEFENDANT'S MOTION TO** |
| ) | **COMPEL DISCOVERY** |
| Defendant. ) | |

Pursuant to Fed. R. Civ. P. 37(a)(3)(B), Defendant Kikiktagruk Inupiat Corporation ("KIC") respectfully moves the Court for an Order directing Plaintiff Doug Becker ("Becker") to respond fully and completely to KIC's First Set of Interrogatories, Requests for Admission, and Requests for Production ("First Discovery Request").  KIC also asks for an award of expenses, including attorneys' fees, for the cost of bringing this motion.  This motion is supported by the Memorandum in Support, Affidavit of M. Scott Broadwell, and the Good Faith

Certificate filed herewith, and the files and records contained herein. Furthermore, the undersigned counsel certifies that he conferred with Becker's attorney, Isaac Zorea, in an effort to secure full and complete answers to KIC's First Discovery Request, and that those efforts have not been successful.

DATED this 19th day of August, 2009.

> Davis Wright Tremaine LLP
> Attorneys for Defendant
> Kikiktagruk Inupiat Corporation
>
> By:   /s/Ted Wellman
> Ted Wellman, ABA # 9111107
> Davis Wright Tremaine LLP
> 701 West 8th Avenue, Suite 800
> Anchorage, AK  99501
> Telephone:  (907) 257-5300
> Facsimile:  (907) 257-5399
> E-mail:  tedwellman@dwt.com
>
> By:   s/M. Scott Broadwell
> M. Scott Broadwell, ABA #0611069
> Davis Wright Tremaine LLP
> 701 West 8th Avenue, Suite 800
> Anchorage, AK  99501
> Telephone:  (907) 257-5300
> Facsimile:  (907) 257-5399
> E-mail:  scottbroadwell@dwt.com

Defendant's Motion to Compel Discovery - 2
*Becker v. Kikitagruk Inupiat Corp.*, Case No. 3:09-CV-00015-TMB

<u>Certificate of Service</u>

The undersigned certifies that on August 19, 2009, a true and correct copy of the foregoing Defendant's Motion to Compel Discovery was served electronically on the following attorneys or parties of record:

Moshe Calberg Zorea

Isaac D. Zorea

By: \_\_\_\_\_/s/ M. Scott Broadwell_____

Defendant's Motion to Compel Discovery - 3
*Becker v. Kikitagruk Inupiat Corp.*, Case No. 3:09-CV-00015-TMB

DWT 13223300v1 0086450-000002

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399