```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

           DOUG BECKER           vs.   KIKIKTAGRUK INUPIAT CORP.

BEFORE THE HONORABLE TIMOTH M. BURGESS CASE NO. 3:09-CV-00015-TMB

DEPUTY CLERK/RECORDER: DENALI ELMORE

APPEARANCES:    PLAINTIFF: ISAAC ZOREA

                DEFENDANT: MICHAEL BROADWELL
                           TED WELLMAN

PROCEEDINGS: DISCOVERY CONFERENCE HELD 11/23/09:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

Court and counsel heard re deadlines.  Defendant to submit
Revised Scheduling and Planning Conference Report within **10 days**.

At 9:13 a.m. court adjourned.

DATE:     NOVEMBER 23, 2009     DEPUTY CLERK'S INITIALS:   DJE

Revised 6/18/07