Ted Wellman
M. Scott Broadwell
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300

Attorneys for Defendant Kikiktagruk
Inupiat Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOUG BECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:09-cv-00015-TMB |
| vs. ) | |
| ) | |
| KIKIKTAGRUK INUPIAT ) | |
| CORPORATION, an Alaska Village ) | |
| Corporation, ) | **NOTICE OF ADDITIONAL** |
| ) | **PERTINENT AUTHORITY** |
| Defendant. ) | |

Defendant Kikiktagruk Inupiat Corporation, Inc. ("KIC") respectfully provides notice pursuant to D. Ak. L. R. 7.1(h)(1)(B) of pertinent authority that has come to KIC's attention.  An order was entered on January 20, 2010, in *Conitz v. Teck Alaska, Inc.*, Case No. 4:09-cv-0020-RRB (D. Alaska, Jan. 20, 2010), that addresses the legality of shareholder hiring preferences and is directly on point to issues raised in KIC's Motion for Summary Judgment, Dkt. 37, pp. 17-19 and 21.  A copy of the decision is attached hereto.

DWT 13974287v1 0086450-000002

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

DATED this 4th day of February, 2010.

                Davis Wright Tremaine LLP
Attorneys for Defendant
Kikiktagruk Inupiat Corporation

By:    s/Ted Wellman
Ted Wellman, ABA # 9111107
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, AK  99501
Telephone:  (907) 257-5300
Facsimile:  (907) 257-5399
E-mail:  tedwellman@dwt.com

By:    s/M. Scott Broadwell
M. Scott Broadwell, ABA #0611069
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, AK  99501
Telephone:  (907) 257-5300
Facsimile:  (907) 257-5399
E-mail:  scottbroadwell@dwt.com

Certificate of Service

On the 4th day of February, 2010,
a true and correct copy of the foregoing
Notice of Additional Pertinent Authority
was served by electronic mail on the
following attorneys or parties of record:

Moshe Calberg Zorea

Isaac D. Zorea

By:    /s/ M. Scott Broadwell

Notice of Additional Pertinent Authority - 2
*Becker v. Kikiktagruk Inupiat Corp.,* Case No. 3:09-cv-00015-TMB
DWT 13974287v1 0086450-000002