**Broadwell, Scott**

**From:** chad@fastpitcher.com
**Sent:** Friday, March 23, 2007 12:22 PM
**To:** Tim Schuerch
**Subject:** Final Notification - Business Profile will Expire



# Final Notification

This email is the final notification to update your profile on Fast Pitch! In order to maintain the integrity of our member database, we purge Business Profiles that have not been accessed in recent months.

IF YOU DO NOT LOGIN TO YOUR ACCOUNT TO VERIFY THIS PROFILE - IT WILL BE DELETED.

**Your current profile in our Business Network is below:**

| Kikiktagruk Inupiat Corporation (KIC), | |
|---|---|
| **Tim Schuerch, President/CEO**<br><br>Address: 373A Second Ave, Kotzebue, AK 99752<br>Phone: 907-442-3165<br>Fax: 907-442-2740<br>Email: tschuerch@kicorp.org<br>Web: http://www.kicorp.org | Kikiktagruk Inupiat Corporation (KIC), headquarted in Kotzebue, Alaska, was created in 1973 as a Village corporation pursuant to the terms of the Alaska Native Claims Settlement Act of 1971. There are currently 1,953 KIC shareholders. KIC's total combined assets are approaching $7 million, not including approximately 160,000 acres of land within the northwest Alaska region. The number of people employed by KIC ranges from 40 to 100, depending on seasonal factors. Emphasis is placed on hiring and training KIC shareholders. Native preference is given in all hiring actions. >From our history to date, and from the commitments that we all share about the |

## To Log-In - click here www.fastpitchnetworking.com to update your Profile

**Login Information:**
Username: tschuerch@kicorp.org
Password: tschuerch@kicorp.org

This Fast Pitch! Alert is a premium service provided to the Fast Pitch! community. If you wish to make changes to your subscription settings or opt out, please click to manage your account.

Copyright 2006 Fast Pitch! Brands, Inc. All Rights Reserved.
Fast Pitch! Brands Inc., 6580 Sawyer Loop, Sarasota, Florida 34236

## Gustafson, M.Kirsten

**From:** Doug Becker
**Sent:** Thursday, March 29, 2007 4:09 PM
**To:** Tim Schuerch; Doug Becker
**Subject:** follow-up

Hi Tim,

Thought it might be useful to summarize our conversation yesterday re: rent/salary KIC/HAL mgr.

 1. I am committed to KIC, the shareholders, and doing this job to the best of my abilities, doing whatever it takes to make it work.
 2. I am up for the challenge of helping you bring this store to the level of it's full potential.
 3. As long as I am physically capable, I will fulfill my obligation to do this job for at least one year, as agreed, .
 4 Yes, I am receiving the agreed upon salary after adjusted for rent.
 5.. Yes, I was under the misconception that rent was taken directly from my paycheck which it is not. So I do owe facilities rent for the last 3 months,(going on 4).

**However:**

 6. I accepted this position with the understanding that I had 3 Assistant Managers who proved themselves capable of running this store for almost 8 months in the absence of a store manager. The reality is we have no such individuals working here. We all agree an asst. mgr. should be an exempt position, available whenever needed to do whatever necessary to keep the store running at optimum efficiency. Ralston is the only current employee who comes close to having the experience, skills, and attitude needed to fill this position. He remains my first choice to fill this position. After conversations with Bish and me, Ralston has stated that he is not interested in the job.
 7. Additionally, I was told we had a strong,experienced core crew of solid, reliable, committed employees. Ralston notwithstanding, I have yet to see one individual who comes even close to fulfilling *that* description. What we have is more drama and discord than ever witnessed in any workplace I have ever been associated with.
 8. The net result of this lack of competent staffing is that what should have been a job requiring 50 hours per week managing this store cannot be done no matter how many hours I work. There are simply not enough hours in a day. Just trying to tread water, I have worked no less that 140 hours in any given pay period . In contrast, our "2 key employees" have a dismal attendance record.
**In the first 60 workdays this year, Alison has missed 20 days (34%), Ralston 15 days (20%)**
Daniel and Roy have similar attendance records. Other employees just show up when it is convenient. Sometimes they might even call to let me know they won't be in!
 9. With regard to my availability, I explained to Bish that I am available to work 24hrs/6 days per week. I am never available to work on Saturdays, consistent with my religion. But I never meant to imply that I wanted to work that much, nor should I have to in this little store.
 10. Rather than incurring the expense of moving me to Kotzebue, I took this job with the understanding that I would travel every couple of weeks or so to Anchorage. That way, I could not only see my wife once in a while, but also work with my contacts in Anchorage to get better deals here. But that hasn't happened either because until my comfort level for this store running correctly increases, I don't feel that I can leave.

Tim, I'm not complaining here. I just want you to be aware of the reality of what is going on and understand some of the sacrifices I have made and will continue to make. After attending the last board meeting I have come to the conclusion that I will probably always be treated as an outsider in this company and cannot really ever expect to earn the respect or appreciation of most of the board members no matter what

I accomplish here. I can live with that as long as I am otherwise being fairly compensated for the work I do.

It's my hope that once the store is running smoothly, we can move on to expanding KIC outreach to the business community and really doing some exciting things here in Kotzebue and elsewhere. There is no reason why KICH should not be the most profitable LLC you have here. But to ever get there we have to get some structure established and start operating this place like a business, not a ...??

I'm not really sure how much information Bish may or may not have passed on to you concerning our employment agreement, so I included a little more information here than we actually discussed yesterday. I hope this brings you up to speed on the situation and helps you justify anything you can do to help out regards my salary/benefits etc.

Thanks for your attention.

Sincerely,
Doug B.

**Gustafson, M.Kirsten**

| | |
|---|---|
| **From:** | Doug Becker |
| **Sent:** | Thursday, March 29, 2007 8:34 AM |
| **To:** | Tim Schuerch |
| **Attachments:** | KIC ASST. MGR. JOB DESC..doc |

GOOD MORNING TIM,

Attached is a copy of the qualifications we are looking for to fill the asst. mgr position. As discussed yesterday, I don't know if anything has been done with it yet. Hopefully, we can find a "shareholder" to fill this position. Someone who I can train to take my place in the future. So, if you have any ideas?....

thanks,
db

**Gustafson, M.Kirsten**

| | |
|---|---|
| **From:** | Tim Schuerch |
| **Sent:** | Thursday, April 05, 2007 10:15 AM |
| **To:** | Doug Becker |
| **Subject:** | RE: Miscommunication |
| **Sensitivity:** | Confidential |

Doug, I will trust you on this then and I will consider this matter resolved. Tim

---

**From:** Doug Becker
**Sent:** Wednesday, April 04, 2007 2:15 PM
**To:** Tim Schuerch
**Subject:** RE: Miscommunication
**Sensitivity:** Confidential

Tim, I have this handled, but if you want to discuss it I am available whenever you are in the office. I'll probably be here until 8 or 9 pm tonight.

db

---

**From:** Tim Schuerch
**Sent:** Wednesday, April 04, 2007 10:32 AM
**To:** Doug Becker
**Subject:** FW: Miscommunication
**Importance:** High
**Sensitivity:** Confidential

Hi Doug, please review and maybe we can discuss at your convenience sometime today. Thanks

---

**From:** Sandra L. Russell [mailto:sandra.russell@qira.org]
**Sent:** Wednesday, April 04, 2007 11:21 AM
**To:** Tim Schuerch
**Subject:** Miscommunication

NAPA manager gave my son Kevin Nanini 3 days off for not showing up for work on Monday. Monday is his normal day off. Kevin did not know it was a mandatory work day. He showed up on his day off (Sunday) to help with inventory. The manager said a note was put on everyone's timesheet that they need to show up for work. What's so hard about having a 5 minute meeting so everyone understands that they have to show up on their day off? Allison said she was going to take Monday off, her normal day off but was told verbally that she had to show up on Monday. Kevin wasn't approached verbally and took his normal day off and was reprimanded and given 3 days off. There needs to be better communication. Sandra Russell

**Gustafson, M.Kirsten**

**From:** Sally Melton
**Sent:** Wednesday, May 23, 2007 3:51 PM
**To:** Doug Becker
**Cc:** Grant Hildreth
**Subject:** Kevin Nanini

Kevin Nanini came into my office, he stated that he was given a written warning regarding something about being careless on the job. Please provide this office with a copy of that notice for his file.

Any and all verbal, written or terminations for your employees should come through this office firsthand to review before giving to the employee.

Kevin would like to respond to this notice and I advised him to do so in writing and he should have also been given copy of his written for himself of the warning. Thank you.

## Broadwell, Scott

**From:** Grant Hildreth
**Sent:** Friday, June 22, 2007 8:39 AM
**To:** Doug Becker
**Cc:** Tim Schuerch
**Subject:** RE: Shareholder application, YOU BE THE JUDGE

Doug, I appreciate your constructive input on this matter regarding applications and hiring of employees. We obviously need to work together in implementation of systems for overall company improvement. I believe Sally executes her job responsibilities with sincere intent and respect for others. Her response must have been an oversight on her part. Grant

---

**From:** Doug Becker
**Sent:** Thursday, June 21, 2007 2:58 PM
**To:** Grant Hildreth
**Cc:** Tim Schuerch
**Subject:** FW: Shareholder application, YOU BE THE JUDGE

A question was asked at today's mgrs. meeting regarding HR's responsiveness in helping with hiring in general and shareholder hire in particular.
So far, I have had **absolutely no response** to an email sent to HR in April, which I forward to you now (see below). Please take note of the second paragraph.

Perhaps you can judge the question for yourselves.

Sincerely,
Doug B.

**From:** Doug Becker
**Sent:** Sunday, April 22, 2007 6:07 PM
**To:** Sally Melton
**Subject:** RE: Shareholder application

Hi Sally,

Thanks for the email.

Although we do not have any openings for this position at present, I would like to see his application. Do you know this applicant personally, and if so are you recommending him for hire? Your recommendation pulls a lot of weight with me, as does that of anyone who works for KIC. By far, our best employees are those who come in with a reference from someone with whom I have networked.

We should consider a system of taking applications that works for both of us. In cleaning up the office files down here, I have been finding old applications all over place, left by former managers I guess. I suspect these would likely be better kept in control of your H.R.department. Perhaps a copy of current applications could be forwarded to me and I could make copies of the current ones I have under consideration and give you the originals?

Every manager has their own system to find good employees. Everyone who comes to me with a completed application is given an interview, even if I know right away they are not what we are looking for. To my way of thinking, if someone takes the time to fill out an application, the very least I can do is give them a few minutes of my time, express my appreciation for their efforts, and then truthfully give them some idea of their chance

of future employment here.

So far, everyone I have hired has come in to see me in person, with their application in hand, ready to go to work. I keep a file of those potential employees to call back at a moment's notice when something comes up. Generally, I don't hire anyone on the spot but, set appointments for them to check back with me. This tells me several things about a potential employee such as whether they are ambitious, really interested in the job, can follow instructions and show up on time.

With regard to shareholder hire I am "All IN" with the program. KIC/HAL is currently running at almost 90% shareholder hire, the highest of all KIC subsidiaries; and 100% local hire *(excluding myself)*.

*Looking forward to you thoughts,*

Sincerely,
Doug

---

**From:** Sally Melton
**Sent:** Friday, April 20, 2007 10:54 AM
**To:** Doug Becker
**Subject:** Shareholder application

good morning Doug, I have a new application for sales clerk, he is a shareholder, please consider him in the future if you have any openings, thank you.

## Broadwell, Scott

| | |
|---|---|
| **From:** | Tim Schuerch [timschuerch@msn.com] |
| **Sent:** | Wednesday, June 27, 2007 9:54 AM |
| **To:** | Grant Hildreth |
| **Subject:** | FW: always op-TIM-ist |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Hi Grant, please review, here is the feedback I am getting back from Doug. Thanks, Tim

**From:** Doug Becker [mailto:doug@alaska.com]
**Sent:** Monday, June 25, 2007 2:45 PM
**To:** Tim Schuerch; tschuerch@kicorp.org
**Subject:** always op-TIM-ist

Tim,

In our conversation Friday you stated that your 'take on the situation' was that "' I (was) basically a nice guy but it just wasn't a good fit for either of us". I acted on the presumption that you were sincere. It gave me the anticipation of a reasonable starting point for our conversation to continue. It was my hope that we could come to a mutual understanding of this difficult situation. Perhaps we still can if you were indeed being honest.

I must tell you that I am both surprised and disappointed to be given your response to my plea for reason.

With regard my responsibilities under federal employment law, I have met all requirements and done everything asked of me so far and will continue to do so. Hopefully, you will do the same, allowing me access to all my employment records and keeping in mind that you have a fiduciary responsibility to me also. Not only to reimburse me for purchases made for store inventory on my personal lines of credit, but also the remainder of our original contract agreement which runs through the end of 2007. Better would have been to allow me to work for a while longer (behind the scenes if necessary) to help whoever you have lined up for my position get up to speed. There are many loose ends to tie up and it will take much longer than the couple of hours I was given by Grant on Friday. I fear that the majority of the work I have started will go for naught. In addition, be advised you have a storm heading your way called barge #706 that will be near impossible to prepare for without my help, which I offer at any time.

With regard to your accusation that I have ever threatened legal action:
I can only assume you make reference to what I wrote earlier: If this termination letter is allowed to stand my options become VERY limited in the course of action I will have to pursue. I was not referring to legal action. That is too much hassle and tends to get messy. I generally take my problems not to courts, kings, or tribunals but rather to The KING of KINGS. It is God who I will rely on to fight my battles. Given your legal background, and small world view, I should have anticipated the possibility of your misinterpretation. Therefore, I hereby take full responsibility for this misunderstanding.

Perhaps you would do well to recall the true story I told you a while back about a friend who refused to pay me some money owed in a business deal. Perhaps I had every right to take him to court over it. No question I would have won and collected every penny. I chose instead to trust God to resolve the situation. I never made any further mention of it to him but rather prayed for my friend and left it at that. Fortunately, my friend had a tender enough conscience that he was able to recognize his err by the evil that started befalling him afterwards. After a time of personal tribulation he attributed to his behavior towards me, he made good on the debt. Today we remain the best of friends, thanks only to the grace of God. I believe that in the eyes of God, slander, gossip and misrepresentation of another's character and intentions are much worse than stealing. **I make no threats whatsoever but rather pray that you will come to your senses, because past differences and current disagreements not withstanding, I still count you as a friend.**
God will hold all of us accountable for how we treat one another. Letting Grant do your hatchet work does not absolve you of your responsibility to treat me as fairly as you would any other employee. If you choose not to, it is in Christ's Court you will

answer. You may be a brilliant corporate lawyer Tim, but my Advocate has been practicing much longer and has never lost a single case.

Trusting God's Way is right in all circumstances. That is the lesson we all need to learn and remember.

Always the optimist, I will make this last effort for you to grant us an opportunity to reason together as men in this struggle together. I do not ever want it to be said that I did not afford you every possible chance to do what was righteous, fair and in the best spirit of acceptable business practices.

It just now occurred to me why I favor you. Figuratively, we share a common name, my middle one being op-TIM-ist.

Truly your friend,

Douglas 'O' Becker


----- Original Message -----
**From:** Tim Schuerch
**To:** 'Doug Becker' ; tschuerch@kicorp.org
**Sent:** Monday, June 25, 2007 11:03 AM
**Subject:** RE: termination

Doug,

The store's unacceptable financial performance vs. last year, your weekly travel to Anchorage at company expense, your disregard of the board's shareholder hire policy, and the innumerable concerns raised by employees (upstairs and downstairs), customers and shareholders left us no choice but to terminate your employment.

It is Grant's job to hold you accountable for your performance and take appropriate action, and he is doing his job.

Please be sure to return all company property and settle out all matters appropriately such as keys, computer codes, passwords, documents, reimbursements, etc..

Federal work-for-hire rules (basically, the Copyright Act) are that all documents you have created in the course and scope of your employment are company property. Thus all company paperwork you have created during your time with the company belongs to the company, and I would ask you to respect that and make a smooth handoff in a professional manner.

In terms of your threat of legal action, I am an experienced corporate attorney and I don't think you have a colorable claim for anything here. However, I have a fiduciary duty of loyalty to KIC, so you shouldn't rely on my advice.

I can't tell you what to do, but I think it would be more productive to consider taking some time to reflect on this situation, accept responsibility for the natural results/consequences of your actions, take a few "lessons learned," and move on. If you were to do so, I would view you more favorably and have more respect for you on a personal and professional level.

I wish you well in your future endeavors, and I regret that things did not work out for you at KIC.

Sincerely,

Tim Schuerch
President/CEO
Kikiktagruk Inupiat Corporation

**From:** Doug Becker [mailto:doug@alaska.com]

**Sent:** Monday, June 25, 2007 12:27 AM
**To:** Tim Schuerch; tschuerch@kicorp.org
**Subject:** termination

Tim,

I believe it would be in the best interest of all concerned if we could talk at your earliest convenience regarding the events of last Friday. I am extremely perplexed over the course of action recently taken by Grant on behalf of KIC. I have done everything asked by you and Grant without question or hesitation. While working for KIC I have always made decisions in a manor I felt was in the best interest of the company and acted accordingly.

It's really not so much *what* happened as the *manor* in which it occurred that I find most bizarre and has caught me completely off guard. I cannot begin to comprehend how anyone could think me an enemy of KIC and treat me accordingly. If for any reason either of you felt I was not suitable to run the store, all that needed be done is bring it to my attention and accommodations could have been worked out to mitigate any ill will or hardship to all parties as we part ways. It is my hope that they still can. **But under no circumstances will I allow my good name to be slandered or my reputation and exemplary work record to be sullied for anyone's political or financial expediency. I have worked too hard for the last 30 years to tolerate such an abuse.**

Although I have complied with the instructions given me in Friday's letter of termination, I summarily reject all allegations therein as either misunderstandings or outright fabrication. I believe the best course of action would be to allow me to resign in a manor appropriate to my position and service. If this termination letter is allowed to stand my options become VERY limited in the course of action I will have to pursue. Additionally, it would be wise to limit all comment and correspondence to anyone regarding this situation to as little as possible until we have can (hopefully) reach a mutual consensus.

I paid my own way to ANC to tell my Cheryl in person about the situation and will be back in OTZ on tomorrow evening flight. The sacrifices I have made for KIC pale in comparison to what she has been through over the last 6 months in my absence.

In conclusion, I strongly and respectfully urge you to belay the course of action that has been initiated regards my employment until we have had opportunity to have an open and honest discussion.

Sincerely,

Doug Becker