

June 22, 2007

Doug Becker, KICHAL General Manager
P.O. Box 420
Kotzebue, Alaska 99752

Subject: Termination of Employment

On behalf of the Kikiktagruk Inupiat Corporation we have determined it is in the best interest of the corporation to exercise our right to terminate your employment per the KIC Employee Handbook Section 403: Employment Termination.

Your discharge is for cause based upon your ineffectiveness to managing personnel consistent with KIC policies. Your demeaning treatment of employees whom you supervise will no longer be tolerated. I am also extremely concerned about employee and customer comments regarding your customer service.

As equally important is your lack of insufficient financial oversight in controlling cost and profitability of KICHAL. As General Manager you have been traveling more frequently leaving the store operations for extended periods. The performance of the store operations is more apparent considering the poor financial reports of the past two months. Attached are results for the past two months.

I expect your cooperation in turning over all keys, passwords and other critical information to Ralston Ferguson effective 6:00 pm June 22, 2007.

Regards,

*[signature]*

Grant Hildreth,
Vice President of Operations

cc: D. Becker Personnel File

Doug gave me a write up on May 4, 2007, about mis-placing checks on two occasions and I did not mis-place the checks because they got stuck in the drawer. I found them and returned them and thought everything was fine. A week later he gave me a write up saying that I've done this on two occasions, which, I remember only once. Nobody has had this problem since Doug showed up, because, it was his drawer he put at the tills for the cashiers. I did not lose them, they got stuck in the drawer.

The write up on March 1, 2007, Doug wrote "Kevin did not report for work when scheduled and did not call in", and on that day my fuel line froze and I took care of it. When I went in to KIC to buy some parts for my fuel line, I saw Doug and told him why I did not show up for work or had called in. I have a family and heat is critical during the winter. I did stay up that whole night keeping the heater running. I explained everything to Doug, but to Doug, my work is more important than my family. He's given me oral warnings about being "minutes" late and to other workers, when Keith can work when he wants, come in when he wants, with no action taken.

It seems like Doug will like me more if I was a member of his beliefs. Seems he would trust me more if I had the same beliefs as him. When I first started at KIC, it was a fun and exciting job. Now, it seems more like a chore. I use to enjoy going to work, now everyone is uptight by the way things are managed.

Doug is a good manager he gets things done, but is very excessive.

*[signature: Kevin W. Kasini]*

June 12th 2007

On June 6th I had asked Doug If I could Attend the Napa training session at Anchorage on June 11th thru the 13th. He said he would check into it. I then asked him again on Thursday June 7th if he had any information about the training session. He had said it was kinda late to get signed up for the training. But said that he was going to anchorage for some reason on the 13th. I had asked the Napa rep in anchorage about the session and she said they still had room for more people for the workshop. She had asked me how many people were going to attend the session. I had told her that the manager said it was to late to sign up for the session. It would have helped me a lot going to the workshop as a napa manager for K.I.C To further my knowledge of operation's & skills on my everyday work for napa kic.

From:
David H

To Grant                                June 12-07

On May 1st-07 about 10:15 AM I was taking a break upstairs by the NAPA racks and Dan Henry Jr. came by and Doug came over trying to get him in an arguement. Dan told him lets go talk with management in the office upstairs Doug said no not with the management Dan walked to the office area. Doug looked at me and asked Do you have a problem with me if you do the door is open I can leave. I told him I don't have a problem with him, but it seems that you have a problem with me because of your attitude and your tone of voice toward me. I asked him if he was firing me and to put it on paper. He just looked at me and said no and asked me what I was doing, I told him I was on my break then he walked away. It was the second time Doug told me if I didn't like it there was the door I can leave. The first time he told me that was about a month after he started. He said I'm not paying you overtime, since you come in early anywhere from 4 minutes to 15 minutes I told him I'm expecting to be payed for my eight hours in working only. then he had me put the coffee

and hot chocolate in the little locked room under the stairs. He said he didn't want the employees to take the coffee, hot chocolate and the empty containers home with them. I told him it was insulting of him to say that since I drank Hot Chocolate and he can have it I'm bringing my own from home. I also told him it was hard to work for KIC if you didn't respect management and I have no respect for him for saying we employee were stealing the coffee and hot chocolate. He told me there was the door I can leave KIC. again I asked him if he was firing me and he should put it on paper. He said No.

Arthur Roy Fields Jr.