| KIC Hardware Auto and Lumber LLC<br>P.O.Box 1050<br><br>Kotzebue      AK      99752 | **Direct Deposit Earnings Statement**<br>DD0000439 | | |
|---|---|---|---|
| | **Pay Date**<br>7/6/2007 | **Start Period**<br>6/18/2007 | **End Period**<br>7/1/2007 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| 1200 | $44.93 | 40.00 | $1,797.36 |
| Totals | | 40.00 | $1,797.36 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $26.06 | $651.54 |
| SS | $111.44 | $2,785.92 |
| Federal | $57.43 | $3,972.19 |
| State | | |
| Local | | |
| ESC | | $150.50 |
| Total | $194.93 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $1,602.43 |
| Net wages YTD | $37,373.97 |
| Gross wages YTD | $44,934.12 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 125200060 | 15214620 | $1,602.43 |

### Miscellaneous

| | |
|---|---|
| Employee ID | BECKER |
| Employee SSN | |
| Vacation Available | 53.87 |
| Sick Time Available | 46.13 |

DOUGLAS E. BECKER
3233 TAYSHEE CIRCLE

ANCHORAGE         AK    99504

EXHIBIT C, p. 1

KIC0096

*Life Insurance
*Medical Insurance
*Military Leave
*Pay Advances
*Personal Leave
*Travel Allowances
*Vacation Benefits
*Vision Care Insurance

Some benefit programs require contributions from the employee, but most are fully paid by KIC.

**Section 302: Vacation Benefits**

Vacation time off with pay is available to eligible employees to provide opportunities for rest, relaxation, and personal pursuits. Employees in the following employment classification(s) are eligible to earn and use vacation time as described in this policy:

*Regular full-time employees

The amount of paid vacation time employees receive each year increases with the length of their employment as shown in the following schedule:

*Upon initial eligibility the employee is entitled to 12 vacation days each year, accrued biweekly at the rate of 0.462 days.

*After 1 year of eligible service the employee is entitled to 15 vacation days each year, accrued biweekly at the rate of 0.577 days.

*After 4 years of eligible service the employee is entitled to 18 vacation days each year, accrued biweekly at the rate of 0.692 days.

*After 7 years of eligible service the employee is entitled to 26 vacation days each year, accrued biweekly at the rate of 0.923 days.

The length of eligible service is calculated on the basis of a "benefit year." This is the 12-month period that begins when the employee starts to earn vacation time. An employee's benefit year may be extended for any significant leave of absence except military leave of absence. Military leave has no effect on this calculation. (See individual leave of absence policies for more information.)

Once employees enter an eligible employment classification, they begin to earn paid vacation time according to the schedule. However, before vacation time can be used, a waiting period of 90 calendar days must be completed. After that time, employees can request use of earned vacation time including that accrued during the waiting period.

Paid vacation time can be used in minimum increments of one hour. To take vacation, employees should request advance approval from their supervisors. Requests will be reviewed based on a number of factors, including business needs and requirements.

Vacation time off is paid at the employee's base pay rate at the time of vacation. It does not include overtime or any special forms of compensation such as incentives, commissions, bonuses, or shift differentials.

As stated above, employees are encouraged to use available paid vacation time for rest, relaxation, and personal pursuits. In the event that available vacation is not used by the end of the benefit year, employees may can)' unused time forward to the next benefit year. If the total amount of unused vacation time reaches a "cap" equal to a maximum of 30 days, further vacation accrual will stop. When the employee uses paid vacation time and brings the available amount below the cap, vacation accrual will begin again.

KIC offers to its employees an option to sell Vacation Time back to the Corporation up to one time per year up to 40 hours. Vacation Time must be accrued. An employee cannot sell vacation time that has not already been accrued or

earned. At the discretion of the President/CEO, additional sell of Vacation Time may be considered depending on the circumstances of the employee's request.

KIC employees may elect to transfer or donate accrued vacation time to other employees that are in need during medical emergencies. Employees must their vacation leave available before requesting to transfer or donate. All requests must be approved in advance by your supervisor.

Upon termination of employment, employees will be paid for unused vacation time that has been earned through the last day of work.

**Section 303: Holidays**

KIC will grant time all employees on the below:

*New Year's (January 1)
*Luther King, Jr. (third Monday in January)
*Presidents' Day (third Monday in February)
*Memorial Day (last in May)
*Independence Day (July 4)
*Labor Day (first Monday in September)
*Columbus Day (second Monday in October)
*Veterans' Day (November 11)
*Thanksgiving (fourth Thursday in November)
*Day after Thanksgiving
*Christmas Eve (December 24)
*Christmas (December 25)

KIC will grant paid holiday time off to all eligible employees immediately upon assignment to an eligible employment classification. Holiday pay will be calculated based on the employee's straight-time pay rate (as of the date of the holiday) times the number of hours the employee would otherwise have worked on that day. Eligible employee classification(s):

*Regular full-time employees

If a recognized holiday falls during an eligible employee's paid absence (e.g., vacation, sick leave), the employee will be eligible for holiday pay. At the discretion of the employee's supervisor, paid holiday may not be granted if theemployeedoesnotinadvanceaskfortimeoffforthedayafteraholidayto eliminate abuse of holiday benefits.

A recognized holiday that falls on a Saturday will be observed on the preceding Friday. A recognized holiday that falls on a Sunday will be observed on the following Monday.

If eligible nonexempt employees work on a recognized holiday, they will receive holiday pay plus their normal wage rate for the hours worked on the holiday.

Paid time off for holidays will not be counted as hours worked for the purposes of overtime.

KIC employees who have schedules that conflict with KIC regular observed holidays will be allowed to re-schedule their holiday within the same pay period as the original observed holiday. KIC employees will not be allowed to "bank" any missed holidays.

**Section 304: Workers' Insurance**

KIC provides a comprehensive workers' compensation insurance program at no cost to employees. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Subject to applicable legal requirements, workers' compensation insurance provides benefits after a short waiting period or, if the employee is hospitalized, immediately.